UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS CHATMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>WEDRIVEU, INC,<br><br>             Defendant. | Case No. 3:22-cv-04849-WHO<br>No. 3:22-cv-04850-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered accordance with the Order on the Motions for Judgment on the Pleadings.

**IT IS SO ORDERED.**

Dated: October 28, 2022

_____
WILLIAM H. ORRICK
United States District Judge